UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

JEFFREY D. RUTH  
SSN: xxx-xx-5821  
KELLY L. RUTH  
SSN: xxx-xx-7479  
Debtors

CASE NUMBER: 02-34991  
CHAPTER 13

**NOTICE TO ST. JOSEPH REGIONAL MEDICAL CENTER  
THAT $77.60 HAS BEEN DEPOSITED INTO  
THE COURT'S UNCLAIMED FUNDS ACCOUNT  
IN TREASURY FUND #6047BK**

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to St. Joseph Regional Medical Center, creditor herein, and deposits $77.60 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. The last known address for St. Joseph Regional Medical Center was:

   75 Remittance Drive  
   Suite 1271  
   Chicago, IL 60675-1271

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with a "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster;

3. Subsequent attempts to locate this creditor were fruitless;

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated:  December 11, 2009

Respectfully Submitted,

/s/ Debra L. Miller, Trustee  
Debra L. Miller, Trustee  
P.O. Box 11550  
South Bend, IN 46634  
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on  December 11, 2009

By U. S. Mail to the Debtors and Creditor as follows:

Debtor(s):  Jeffrey & Kelly Ruth, 29146 Lark Street, Elkhart, IN 46514
Creditor:  St. Joseph Regional Medical Center, 75 Remittance Drive, Chicago, IL 60675-1271

By electronic e-mail:
U.S. Trustee
Debtors' Attorney:  Ian Flora

/s/ Debra L. Miller, Trustee
By:  Rosemary Wilson